
FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

AUG 24 2021

Jm
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:21-cr-00196 |
| v. | ) | |
| | ) | 18 U.S.C. § 247(a)(1), (d)(3) |
| | ) | 18 U.S.C. § 924(c) |
| ALAN DOUGLAS FOX | ) | |

# INFORMATION

### COUNT ONE

THE ACTING UNITED STATES ATTORNEY CHARGES:

On or about June 17, 2019, in the Middle District of Tennessee, **ALAN DOUGLAS FOX** intentionally defaced, damaged, and destroyed, and attempted to deface, damage, and destroy, religious real property, specifically the Crievewood United Methodist Church, located in Nashville, Tennessee, because of the religious character of that property. The offense was in and affected interstate and foreign commerce, and the offense included the use and attempted use of fire.

In violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3).

### COUNT TWO

THE UNITED STATES FURTHER CHARGES:

On or about June 25, 2019, in the Middle District of Tennessee, **ALAN DOUGLAS FOX** intentionally defaced, damaged, and destroyed, and attempted to deface, damage, and destroy, religious real property, specifically the Crievewood Baptist Church, located in Nashville, Tennessee, because of the religious character of that property. The offense was in and affected interstate and foreign commerce, and the offense included the use and attempted use of fire.

In violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3).

## COUNT THREE

THE UNITED STATES FURTHER CHARGES:

On or about June 25, 2019, in the Middle District of Tennessee, **ALAN DOUGLAS FOX** intentionally defaced, damaged, and destroyed, and attempted to deface, damage, and destroy, religious real property, specifically the Saint Ignatius of Antioch Catholic Church, located in Antioch, Tennessee, because of the religious character of that property. The offense was in and affected interstate and foreign commerce, and the offense included the use and attempted use of fire.

In violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3).

## COUNT FOUR

THE UNITED STATES FURTHER CHARGES:

On or about June 26, 2019, in the Middle District of Tennessee, **ALAN DOUGLAS FOX** intentionally defaced, damaged, and destroyed, and attempted to deface, damage, and destroy, religious real property, specifically the Priest Lake Community Baptist Church, located in Antioch, Tennessee, because of the religious character of that property. The offense was in and affected interstate and foreign commerce, and the offense included the use and attempted use of fire.

In violation of Title 18, United States Code, Sections 247(a)(1) and (d)(3).

## COUNT FIVE

THE UNITED STATES FURTHER CHARGES:

On or about June 25, 2019, in the Middle District of Tennessee, **ALAN DOUGLAS FOX** did knowingly carry and use a firearm, that is, a Lorcin L380 semi-automatic handgun, during and in relation to the following crime of violence for which he may be prosecuted in a court of the United States: damage to religious property involving the use of fire, in violation of Title 18,

United States Code, Sections 247(a)(1) and (d)(3), as charged in Count Two of this Information.

In violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATION

1. The allegations contained in this Information are hereby re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2. Upon conviction of Count Five, **ALAN DOUGLAS FOX**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by Title 28, United States Code, Section 2461(c): any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, including a Lorcin L380 semi-automatic firearm and related ammunition.

MARY JANE STEWART
Acting United States Attorney

*Kyle Boynton (For Sara Beth Myers)*
_____
Sara Beth Myers
Assistant United States Attorney

KRISTEN M. CLARKE
Assistant Attorney General
Civil Rights Division

*Kyle Boynton*
_____
Kyle Boynton
Trial Attorney

3