CRITICAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

Indictment ( )
Complaint ( )
Information ( x )
Felony ( )
Misdemeanor ( )
Juvenile ( )

County of Offense: Davidson
AUSA's NAME: Myers/Boynton

Reviewed by AUSA: SBM by JLB w/ permission
(Initials)

Alan Douglas Fox
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed? ____ Yes   x   No

If Yes, what language? _____

Gary Tamkin
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1-4 | 18 U.S.C. 247(a)(1) and (d)(3) | Damage to religious property; obstruction of persons in the free exercise of religious beliefs | Up to 20 years | $250,000 |
| 5 | 18 U.S.C. 924(c) | Use of a firearm in relation to a crime of violence | Up to Life Imprisonment | $250,000 |
| | | | | |
| | | | | |

*If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.

**A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.

Is the defendant currently in custody?   Yes ( x )   No ( )   If yes, **State** ? Writ requested ( )

Has a complaint been filed?   Yes ( )   No ( x )
   If Yes: Name of the Magistrate Judge _____   Case No.: _____
      Was the defendant arrested on the complaint?   Yes ( )   No ( )

Has a search warrant been issued?   Yes ( )   No ( x )
   If Yes: Name of the Magistrate Judge _____   Case No.: _____

Was bond set by Magistrate/District Judge? Yes ( )   No ( x )   Amount of bond: _____

Is this a Rule 20? Yes ( ) No ( x )   To/from what district? _____
Is this a Rule 40? Yes ( ) No ( x )   To/from what district? _____

Estimated trial time: _____

The Clerk will issue a Warrant/Summons (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ( x ) No ( )   Recommended conditions of release: _____